THE WISCONSIN RIVER LUMBER COMPANY vs. PLUMER.

*May 29 — June 23, 1880.*

*Superfluous Appeal.*

Where there were separate appeals from a judgment and from an order refusing to vacate it, the judgment having been reversed, the other appeal is dismissed.

APPEAL from the Circuit Court for *Portage* County.

For the appellant there wrs a brief by *Finch & Barber*, and oral argument by *Mr. Barber*.

The cause was submitted for the respondent on the brief of *Geo. W. Cate.*

LYON, J. Having reversed the judgment in this cause on another appeal, we must, in accordance with the settled practice of this court, dismiss this appeal, which is from an order denying a motion to vacate such judgment. *Mead v. Walker*, 20 Wis., 518; *Groner's Appeal*, 22 Wis., 205.

*By the Court.*— Appeal dismissed.